# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2385

_____

Clara R. Fuller,                                    *
                                                    *
            Appellant,                              *
                                                    *    Appeal from the United States
      v.                                            *    District Court for the
                                                    *    Northern District of Iowa.
Federal Express,                                    *
                                                    *         **[UNPUBLISHED]**
            Appellee.                               *

_____

Submitted:   August 29, 2003
     Filed:   September 19, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Clara R. Fuller (Fuller) appeals from the district court's[1] dismissal of her action alleging breach of contract, discrimination, and due process claims. Upon careful review of the record, we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.